# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-3492

———————————————

RICHARD J. SMITH,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

September 25, 2024

PER CURIAM.

Richard J. Smith appeals his judgment and sentence following the denial of a motion to withdraw plea. Based on our review of the record, we affirm.* Further, we affirm the trial court's imposition of costs under section 938.27(8), Florida Statutes. *See Parks v. State*, 371 So. 3d 392, 392–93 (Fla. 1st DCA 2023), *rev. granted*, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

* *See Anders v. California*, 386 U.S. 738 (1967).

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.